# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

129696

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOSEPH SABOL,
      Charging Party-Appellant,

v

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS,
      Respondent-Appellee.

SC: 129696
COA: 260751
MERC: 03-000007

_____/

On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

s0724